IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDNA ZAHNEE,            : | |
|         Plaintiff,    : | |
|                      : | |
|    v.                       : | Civ. No. 24-cv-1849 |
|                      : | |
| RICHARD DONALDSON, *et al.*,   : | |
|         Defendants.    : | |
|                      : | |

## ORDER

**AND NOW**, this 10th day of July, 2024, it is hereby **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED**. The Complaint (Doc. No. 1-3) is **DISMISSED with prejudice**, and the Clerk of Court **SHALL** close this case.

                                                     **AND IT IS SO ORDERED.**

                                                   */s/ Paul S. Diamond*
                                                   Paul S. Diamond, J.